IN THE UNITED STATES DISRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Ruth Ann Jenkinson, <br> and <br> Joe Jenkinson, <br><br> Plaintiffs, <br><br> vs. <br><br> Norfolk Southern Railway Company, <br><br> Defendant, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Cause No. 1:15-cv-0824TWP-DKL <br> ) <br> ) <br> ) <br> ) |

## ORDER

Comes Now this Court, and after considering a "Motion to Withdraw as Counsel and Notice of Firm Name Change" submitted by Plaintiff's counsel, Daniel L. Allen, such motion is hereby **GRANTED** and **SUSTAINED**. Mr. Allen is no longer counsel of record for Plaintiff. All other counsel of record for Plaintiff shall remain.

  5/26/2016
DATE

                                        *[signature]*
                                        Hon. Tanya Walton Pratt, Judge
                                        United States District Court
                                        Southern District of Indiana

Distribution to
electronically
registered counsel of
record via CM/ECF