IN THE UNITED STATES DISRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Ruth Ann Jenkinson and Joe Jenkinson, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case 1:15-cv-00824-TWP-DKL |
| ) | |
| Norfolk Southern Railway Company, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FIRM ADDRESS CHANGE**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the new contact information for Steven L. Groves is as follows:

FORMER INFORMATION:

Steven L. Groves
Groves Powers, LLC
1310 Papin Street, Suite 108
St. Louis, MO 63103
(314)696-2300 (OFFICE)
(314)696-2304 (FAX)
sgroves@grovespowers.com


NEW FIRM INFORMATION:

Steven L. Groves
Groves Powers, LLC
One US Bank Plaza
505 North 7th Street, Suite 2010
St. Louis, MO 63101
314-696-2300 (OFFICE)
314-696-2304  (FAX)
sgroves@grovespowers.com

Respectfully submitted,

*/s/ Steven L. Groves*_____
Steven L. Groves, Esq.
Groves Powers, L.L.C.
One US Bank Plaza
505 North 7th Street, Suite 2010
314-696-2300 (Office)
314-696-2304 (Fax)
sgroves@grovespowers.com

*/s/ Jose M. Bautista*_____
Jose Bautista, Esq.
Bautista Allen LLC
104 W. 9th St., Ste. 205
Kansas City, Missouri 64105
816-221-0382 (Office)
800-816-7060 (Fax)
jose@bautistaallen.com

*/s/ Richard Hailey*_____
Richard Hailey, Esq.
Ramey & Hailey
Attorneys at Law
P.O. Box 40849
Indianapolis, IN 46240
317-582-0000 (Office)
317-582-0080 (Fax)
rich@rameyandhaileylaw.com

## CERTIFICATE OF SERVICE

  The undersigned certifies that a true and correct copy of the foregoing was served by ( ) regular U.S. Mail, postage prepaid; (x) electronically (ECF); e-mail; ( ) facsimile; ( ) overnight delivery; and/or ( ) hand delivery, this 19th day of December, 2016, to:

John C. Duffey, Esq.
Mark Molter, Esq.
David Locke, Esq.
STUART & BRANIGIN, LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Telephone: (765) 423-1561
Facsimile: (765) 742-8175
dal@stuartlaw.com

**ATTORNEYS FOR DEFENDANT NS**

              /s/ Steven L. Groves
              AN ATTORNEY FOR PLAIN