# UNITED STATES DISTRICT COURT
## Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]  ) 15-CV-824

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| Name: | Steven L. Groves | Steven L. Groves |
| Law Firm, Company, and/or Agency: | Groves Powers, LLC | Groves Powers, LLC |
| Address: | 1310 Papin St., Suite 108<br>St. Louis, MO 63103 | One US Bank Plaza<br>505 North 7th Street, Suite 2010<br>St. Louis, MO 63101 |
| Primary E-mail: | sgroves@grovespowers.com | sgroves@grovespowers.com |
| Secondary E-mail(s): | kcotter@grovespowers.com | kcotter@grovespowers.com |
| Telephone Number: | 314/696-2300 | 314/696-2300 |
| Facsimile: | 314/696-2304 | 314/696-2304 |

Date: 12/22/16

s/ Steven L. Groves

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.