IN THE UNITED STATES DISRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Ruth Ann Jenkinson,<br>and<br>Joe Jenkinson,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Norfolk Southern Railway Company,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　　Case 1:15-cv-00824-TWP-MPB<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF SETTLEMENT</u>**

　　Come now plaintiffs and announce that the case has been settled.

　　　　　　　　　　　　　　　　　　*/s/ Steven L. Groves*
　　　　　　　　　　　　　　　　　　Steven L. Groves, Esq.
　　　　　　　　　　　　　　　　　　Groves Powers, L.L.C.
　　　　　　　　　　　　　　　　　　1310 Papin St., Suite 108
　　　　　　　　　　　　　　　　　　Saint Louis, Missouri 63103
　　　　　　　　　　　　　　　　　　314-696-2300 (Office)
　　　　　　　　　　　　　　　　　　314-696-2304 (Fax)
　　　　　　　　　　　　　　　　　　sgroves@grovespowers.com

　　　　　　　　　　　　　　　　　　*/s/ Jose M. Bautista*
　　　　　　　　　　　　　　　　　　Jose Bautista, Esq.
　　　　　　　　　　　　　　　　　　Bautista Allen LLC
　　　　　　　　　　　　　　　　　　104 W. 9th St., Ste. 205
　　　　　　　　　　　　　　　　　　Kansas City, Missouri 64105
　　　　　　　　　　　　　　　　　　816-221-0382 (Office)
　　　　　　　　　　　　　　　　　　800-816-7060 (Fax)
　　　　　　　　　　　　　　　　　　jose@bautistaallen.com

        */s/ Richard Hailey*
        Richard Hailey, Esq.
        Ramey & Hailey
        Attorneys at Law
        P.O. Box 40849
        Indianapolis, IN 46240
        317-582-0000 (Office)
        317-582-0080 (Fax)
        rich@rameyandhaileylaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served by ( ) regular U.S. Mail, postage prepaid; ( x ) electronic mail; ( ) facsimile; ( ) overnight delivery; and/or ( ) hand delivery, this 5th day of May, 2017, to:

John C. Duffey, Esq.
Mark Molter, Esq.
David Locke, Esq.
STUART & BRANIGIN, LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Telephone: (765) 423-1561
Facsimile: (765) 742-8175
dal@stuartlaw.com

**ATTORNEYS FOR DEFENDANT NS**

        /s/ Steven L. Groves
        AN ATTORNEY FOR PLAINTIFF