UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RUTH ANN JENKINSON,<br>JOE JENKINSON,<br><br>        Plaintiffs,<br><br>vs.<br><br>NORFOLK SOUTHERN RAILWAY<br>COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) No. 1:15-cv-00824-TWP-MPB<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This is before the Court on Plaintiffs' Motion for Extension to File Dismissal. After review of the motion the Court GRANTS the motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs shall file their dismissal on **June 30, 2017**.

Dated: June 6, 2017

_Matthew P. Brookman_
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.