UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RUTH ANN JENKINSON and JOE JENKINSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:15-cv-00824-TWP-MPB ) |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by their respective attorneys, hereby STIPULATE and AGREE that all claims herein should be dismissed with prejudice and in bar of refiling, with the parties to bear their own costs.

Dated: June 30, 2017

/s Steven L. Groves
Steven L. Groves (sgroves@grovespowers.com)
GROVES POWERS, LLC
On U.S. Bank Plaza
505 North Seventh Street, Suite 2010
St. Louis, MO  63103
Telephone: (314) 696-2300
Facsimile:  (314) 696-2304

Jose M. Bautista (jose@bautistaleroy.com)
BAUTISTA LEROY LLC
104 W. 9th Street, Suite 205
Kansas City, MO  64105

Richard D. Hailey (rich@rameyandhaileylaw.com)
RAMEY & HAILEY
P.O. Box 40849
Indianapolis, IN 46240
*Attorneys for Plaintiffs*

/s David A. Locke
David A. Locke (dal@stuartlaw.com)
John C. Duffey (jcd@stuartlaw.com)
Mark R. Molter (mrm@stuartlaw.com)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Telephone: (765) 423-1561
Facsimile: (765) 742-8175
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of June 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system.  Parties may access this filing through the Court's CM/ECF system.  Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

    Steven L. Groves
    sgroves@grovespowers.com

    Jose M. Bautista
    jose@bautistaleroy.com

    Richard D. Hailey
    rich@rameyandhaileylaw.com

                                                               /s/ David A. Locke
                                                              David A. Locke

899676.1